

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF**  September 24, 2019

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

  Re: *Merck Sharp & Dohme Corp., et al. v. Actavis Laboratories FL, Inc.*
     Civil Action No. 15-6541 (CCC)(CLW)

Dear Judge Waldor:

  This firm, together with Sidley Austin LLP, represents plaintiffs Merck Sharp & Dohme Corp., Cubist Pharmaceuticals LLC, Optimer Pharmaceuticals LLC, MSD Investment Holdings (Ireland), and MSD International GmbH (collectively, "Plaintiffs") in the above-captioned matter.

  We write pursuant to L. Civ. R. 101.1(c)(5) to withdraw the *pro hac vice* admission of John P. Wisse, who was admitted *pro hac vice* in the above-captioned matter on behalf of Plaintiffs (D.I. 55). Saul Ewing Arnstein & Lehr LLP and Sidley Austin will continue to serve as counsel for Plaintiffs. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

  Thank you for Your Honor's kind attention to this matter.

               Respectfully yours,

               Charles M. Lizza

cc: All Counsel (via e-mail)

IT IS SO ORDERED that the *pro hac vice* admission of John P. Wisse is withdrawn.

_____
Hon. Cathy L. Waldor, U.S.M.J.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP