Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Merck Sharp & Dohme Corp., Cubist Pharmaceuticals LLC,*
*Optimer Pharmaceuticals LLC, MSD Investment Holdings (Ireland),*
*and MSD International GmbH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME CORP., CUBIST PHARMACEUTICALS LLC, OPTIMER PHARMACEUTICALS LLC, MSD INVESTMENT HOLDINGS (IRELAND), and MSD INTERNATIONAL GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., <br><br> Defendant. | Civil Action No. 15-6541 (CCC)(MF) <br> Civil Action No. 20-534 (CCC)(MF) <br> (consolidated) <br><br> (Filed Electronically) |

## NOTICE OF JOINT MOTION TO SEAL

PLEASE TAKE NOTICE that on May 3, 2021, or as soon thereafter as counsel may be

heard, Plaintiffs Merck Sharp & Dohme Corp., Cubist Pharmaceuticals LLC, Optimer

Pharmaceuticals LLC, MSD Investment Holdings (Ireland), and MSD International GmbH

(collectively, "Plaintiffs") and Defendant Actavis Laboratories FL, Inc. ("Defendant") will move

before the Honorable Mark Falk, U.S.M.J., at the United States Post Office & Courthouse, 1

Federal Square, Room 457, Newark, New Jersey, for the entry of an Order pursuant to Local

Civil Rule 5.3(c) sealing certain portions of (1) Plaintiffs' exhibits associated with Brief In

Support of *Daubert* Motion to Exclude Expert Witnesses (D.I. 162); (2) Defendant's Brief in

Opposition to Plaintiffs' *Daubert* Motion to Exclude Expert Witnesses and exhibits in support of

same (D.I. 167); and (3) Plaintiffs' Reply in Support of *Daubert* Motion to Exclude Expert

Witnesses and exhibits in support of same (D.I. 174).

      PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiffs shall rely

upon the accompanying declaration of Sarah A. Sullivan.

      PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Defendant shall

rely upon the accompanying declaration of Liza M. Walsh.

      PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted

herewith for the Court's consideration.

Dated: April 8, 2021

                         s/  Sarah A. Sullivan
                            Charles M. Lizza
                            William C. Baton
                            Sarah A. Sullivan
                            SAUL EWING ARNSTEIN & LEHR LLP
                            One Riverfront Plaza, Suite 1520
                            Newark, New Jersey  07102-5426
                            (973) 286-6700
                            clizza@saul.com
                            wbaton@saul.com
                            sarah.sullivan@saul.com

                            *Of Counsel:*

                            Thomas D. Rein
                            (trein@sidley.com)
                            Stephanie P. Koh
                            (skoh@sidley.com)
                            Gwen Hochman Stewart
                            (gstewart@sidley.com)
                            Leif E. Peterson, II
                            (leif.peterson@sidley.com)
                            SIDLEY AUSTIN LLP

One South Dearborn Street
Chicago, Illinois, 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

Peter S. Choi
(peter.choi@sidley.com)
SIDLEY AUSTIN LLP
1501 K. Street, N.W.
Washington, DC 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

*Attorneys for Plaintiffs*
*Merck Sharp & Dohme Corp., Cubist*
*Pharmaceuticals LLC, Optimer*
*Pharmaceuticals LLC, MSD Investment*
*Holdings (Ireland), and*
*MSD International GmbH*


s/ Liza M. Walsh
Liza M. Walsh
Tricia B. O'Reilly
Selina M. Ellis
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of Counsel:*
Michael K. Nutter
Ivan M. Poullaos
Brian J. Nisbet
Sarah A. Krajewski
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Corinne Stone Hockman
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
(713) 651-2600

*Attorneys for Defendant*
*Actavis Laboratories FL, Inc.*